SINCLAIR REFINING COMPANY, PLAINTIFF-PETITIONER, v. COUNTY OF BERGEN, DEFENDANT-RESPONDENT.

See same case below: 103 *N. J. Super.* 426.

*Messrs. Major & Major* for the petitioner.

*Mr. Pierre P. Garven* and *Mr. Lawrence Wolfberg* for the respondent.

January 28, 1969. Denied.

RICHARD BENEDICT KLOCKNER, IND. AND AS GDN., *ETC.*, *ET AL.*, PLAINTIFFS-PETITIONERS, v. HARRY GREEN, IND. AND AS EXR., *ETC.*, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Sidney Finkel* for the petitioners.

*Messrs. Archer, Greiner, Hunter & Read* and *Mr. Frank H. Wisniewski* for the respondents.

January 28, 1969. Granted.

ALLSTATE INSURANCE COMPANY, PLAINTIFF - PETITIONER, v. ADAM BARAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. David L. Horuvitz* for the petitioner.

*Mr. James J. Casby, Jr.* for the respondents.

January 28, 1969. Denied.